UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

|  |  |  |
|---|---|---|
| Daniel & Adrienne Long | ) | CASE No. 05-40079 |
|  | ) |  |
| Debtor | ) |  |

NOTICE OF DEPOSIT OF FUNDS INTO REGISTRY ACCOUNT

TO:    Community Hospital, P.O. Box 3602, Munster, IN 46321

David A. Rosenthal, Chapter 13 Trustee, has deposited the sum of $86.38 into the Registry Account with the U.S. Bankruptcy Court. The Trustee issued Check No. 99201 on April 3, 2010 in the amount of $86.38 at the address stated above. The check was returned to the Trustee marked "Non-Deliverable As Addressed, Unable to Forward". The check was voided and the remaining funds were reserved to be turned over to the Registry Account.

To reclaim such funds you will need to comply with Rule B311 of the Local Rules of the United States Bankruptcy Court and file such motion with the Clerk, United States Bankruptcy Court, P.O. Box 558, 230 N. 4th Street, Lafayette, IN 47902.

Dated this 9th day of September, 2010.

/s/ David A. Rosenthal
David A. Rosenthal
Chapter 13 Trustee
P.O. Box 505
Lafayette, IN 47902
(765) 742-8248

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, on this 9th day of September, 2010 to:

Community Hospital, P.O. Box 3602, Munster, IN 46321
United States Trustee, 555 One Michiana Sq., 100 E. Wayne, South Bend, IN 46601
Emily S. Waddle, P.O. Box 398, DeMotte, IN 46310

                                  /s/ David A. Rosenthal
                                  David A. Rosenthal
                                  Chapter 13 Trustee
                                  P.O. Box 505
                                  Lafayette, IN 47902
                                  (765) 742-8248